UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMBER TROBRIDGE, et al., | |
| Plaintiffs, | 2:10-CV-1321-PMP-PAL |
| v. | |
| LARRY TROBRIDGE, et al., | |
| Defendants. | ORDER |

Having read and considered Plaintiffs' Status Report (Doc. #35), the Court will dismiss this action. This case has been pending since 2010. The Court previously entered an Order to Show Cause (Doc. #30) regarding why this case should not be closed due to inactivity for a year. Plaintiffs responded in July 2013 that they were attempting to locate local counsel in Ohio. (Submission Re Cause to Continue Action (Doc. #31).) The Court held a hearing on September 5, 2013. (Mins. of Proceedings (Doc. #35).) The Court ordered Plaintiffs to file a status report by January 8, 2014, and if no additional defendants were identified by that time, the Court would close the case. (Id.)

Plaintiffs still have not located local counsel in Ohio, and have not identified any additional defendants. Plaintiffs' Status Report (Doc. #35) does not sufficiently show Plaintiffs' ability or inclination to prosecute this case.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED without prejudice to filing suit against any unidentified parties.

DATED: January 9, 2014

_____
PHILIP M. PRO
United States District Judge